UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | 10-327 |
| v. | ) | |
| | ) | (Judge Conner) |
| TATYANA DOBROVINSKY-KAZ | ) | |

FILED
HARRISBURG, PA
NOV 17 2010
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## FELONY INFORMATION
### COUNT 1

**THE UNITED STATES OF AMERICA CHARGES THAT:**

Beginning in approximately January, 2006, and continuing through approximately April, 2006, within the Middle District of Pennsylvania and elsewhere the defendant, **TATYANA DOBROVINSKY-KAZ**, having knowledge of the actual commission of a felony cognizable by a court of the United States; to wit, criminal conspiracy to commit wire fraud and money laundering in violation of Title 18, United States Code, Section 371, did conceal the same by witnessing acts in furtherance of the conspiracy and assisting in such acts and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

_Peter J. Smith_ by CJH
PETER J. SMITH
United States Attorney

Dated: 11-17-2010